IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELECIA ANN HOLT, WE2826, | ) | |
| Plaintiff(s), | ) | No. C 12-4704 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| ERIN D. GIERKE, et al., | ) | (Docket # 2) |
| Defendant(s). | ) | |

Plaintiff, a prisoner at the Central California Women's Facility in Chowchilla, California, has filed a pro se complaint under 42 U.S.C. § 1983 alleging that various employees of the Orange County Social Services Agency violated her constitutional rights.

A substantial part of the events or omissions giving rise to the claims occurred, and the individual defendants named reside, in Orange County, which lies within the venue of the Central District of California, Southern Division. See 28 U.S.C. § 84(c)(3). Venue therefore properly lies in the Central District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California, Southern Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  Oct. 5, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Holt, D.12-4704.transfer.wpd